The People of the State of New York, Respondent, *v.*
William J. Hazard, Appellant.

*People v. Hazard,* 28 App. Div. 304, affirmed.

(Argued March 10, 1899; decided March 24, 1899.)

Appeal from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered May
23, 1898, affirming a judgment of the Court of General Ses-
sions of the Peace in and for the county of New York,
entered upon a verdict convicting defendant of the crime of
grand larceny in the second degree.

*Thomas A. Atchison* for appellant.

*Asa Bird Gardiner, District Attorney,* and *Charles E. Le
Barbier* for respondent.

Judgment affirmed on opinion below.

All concur, except Parker, Ch. J., and Bartlett, J., not
voting.

---

Israel O. Blake, Appellant, *v.* George C. Clausen,
Respondent.

*Blake v. Clausen,* 10 App. Div. 223, affirmed.

(Argued March 16, 1899; decided March 24, 1899.)

Appeal from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered
November 24, 1896, affirming a judgment in favor of defend-
ant entered upon a decision of the court dismissing the com-
plaint on trial without a jury.

*Jonathan C. Ross* and *Philip Carpenter* for appellant.

*Samuel Untermyer* and *Moses Weinman* for respondent.

*Per Curiam.* We think the judgment should be affirmed,
with costs. There was no valid renewal of the note in ques-
tion on the 28th day of October, 1887. (*Olmstead* v. *Latimer,*
158 N. Y. 313, and authorities there cited.)

Upon the other questions involved we call attention to the
cases of *Chapman* v. *Lynch* (156 N. Y. 551) and *Close* v.
*Potter* (155 N. Y. 145, 156).

All concur.

Judgment affirmed, with costs.